**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Ronald Satish Emrit, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING REPORT** |
| | ) | **AND RECOMMENDATION** |
| vs. | ) | |
| | ) | Case No. 1:26-cv-070 |
| Tim Walz et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Plaintiff initiated this matter *pro se* on March 13, 2026.  See Doc. No. 1.  After screening the complaint pursuant to 28 U.S.C. § 1915(e)(2), Magistrate Judge Clare R. Hochhalter issued a Report and Recommendation on March 27, 2026, in which he recommended the complaint be dismissed as frivolous and for failure to state a claim upon which relief may be granted.  See Doc. No. 4.  The parties were given until March 10, 2026, to file an objection to the Report and Recommendation.  See Doc. No. 4.  No objections were filed.

The Court has carefully reviewed the Report and Recommendation, the relevant case law, and the entire record, and finds the Report and Recommendation to be persuasive.  The undersigned agrees with Judge Hochhalter in all respects.  Accordingly, the Court **ADOPTS** the Report and Recommendation (Doc. No. 4) in its entirety.  The complaint is **DISMISSED** in its entirety without prejudice.  The Court further finds the application to proceed *in forma pauperis* **MOOT**.

**IT IS SO ORDERED.**

Dated this 15th day of April, 2026.

/s/  Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court